IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBIN ORT,

    Plaintiff,

    v.                                    Case No. 3:18-cv-657-jdp

NANCY A. BERRYHILL,
Acting Commissioner of Social
Security,

    Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. See *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an Administrative Law Judge (ALJ) will proceed through the sequential disability evaluation process as appropriate and issue a new decision. If warranted, the ALJ will obtain supplemental vocational expert testimony.

SO ORDERED this 30TH day of JANUARY, 2019.

_____
Honorable James D. Peterson
United States District Court Judge